IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| EDWARD RAIFSNIDER | § | |
| VS. | § | CIVIL ACTION NO. 1:07cv890 |
| STATE OF KENTUCKY | § | |

### MEMORANDUM OPINION REGARDING VENUE

Petitioner Edward Raifsnider, an inmate confined in the Federal Correctional Institute at Beaumont, Texas, proceeding *pro se*, filed this petition for writ of habeas corpus.

### Discussion

Petitioner states that in 2006, he was convicted of certain criminal offenses in the United States District Court for the Western District of Kentucky. He states he subsequently learned Kentucky officials had lodged a detainer against him because of indictments returned against him in three Kentucky state courts. Petitioner asserts the detainer is improper.

Petitioner does not assert that his current federal confinement is unlawful. Instead, he asserts Kentucky authorities have improperly lodged a detainer against him.. As petitioner's quarrel is with Kentucky authorities, the court is of the opinion that this petition should be transferred to a forum where a Kentucky state inmate would pursue a petition for writ of habeas

corpus. Accordingly, this petition will be transferred to the United States District Court for the Western District of Kentucky. A transfer order shall be entered in accordance with this memorandum opinion.

**SIGNED** this   27   day of     December     , 2007.

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE